**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael B. Shepperd            CHAPTER 13
       Patricia A. Shepperd

                                 BKY. NO. 16-22129 GLT

                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/James C. Warmbrodt, Esquire**
                                   James C. Warmbrodt, Esquire
                                   Attorney I.D. No. 42524
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   412-430-3594
                                   jwarmbrodt@kmllawgroup.com