Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael B. Shepperd
Patricia A. Shepperd**
   Debtor(s)

Bankruptcy Case No.: 16–22129–GLT
Related to Docket No. 109
Chapter: 13
Docket No.: 110 – 109
Concil. Conf.: May 14, 2020 at 09:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **March 26, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **April 10, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **May 14, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 10, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 16-22129-GLT
Michael B. Shepperd                                                Chapter 13
Patricia A. Shepperd
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Feb 10, 2020
                              Form ID: 213                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2020.
db/jdb         +Michael B. Shepperd,    Patricia A. Shepperd,   121 Leatherbark Road,
                 Cranberry Twp, PA 16066-4759
cr             +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14242141       +Allegheny Ophthalmic & Orbital Assoc,    420 E North Avenue,    Suite 116,
                 Pittsburgh, PA 15212-4746
14242142       +America’s Servicing Company,    PO Box 10388,   Des Moines, IA 50306-0388
14242143        American Education Services,    Payment center,   Harrisburg, PA 17130-0001
14242140       ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: AAA Financial Services,     PO Box 15019,   Wilmington, DE 19886)
14242145       +Bank of America Home Loans,    PO Box 31785,   Tampa, FL 33631-3785
14747310       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14242147       +Citi Cards,   PO Box 9001037,    Louisville, KY 40290-1037
14642686       +ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14242149       +Genesis Credit,    Bankcard Services,   PO Box 84049,    Columbus, GA 31908-4049
14242152       +Janet Shepperd,    121 Leatherbark Road,   Cranberry Twp, PA 16066-4759
14252381       +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14281975       +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND,OHIO 44101-4982
14242154       +PNC Bank,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14242155       +Sears Credit Cards,    PO Boc 9001055,   Louisville, KY 40290-1055
14297172        The Bank Of New York Mellon Et al.,    Bank Of America,    PO Box 31785,   Tampa, FL 33631-3785
15038741       +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglas Road,    Anaheim, CA 92806-5948
14242158       +The Surgery Center at Cranberry,    105 Brandt Drive #101,    Cranberry Twp, PA 16066-6414
14242159       +U.S. Attorneys Office,    Western District of PA,   4000 U.S. Post Office & Courthouse,
                 700 Grant Street,   Pittsburgh, PA 15219-1906
14270239        U.S. Bank National Association, as Trustee,    c/o America’s Servicing Company, as Serv,
                 Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,    Eagan, MN 55121-7700
14242160       +USAA Credit Cards,    10750 McDermott Fwy,   San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 11 2020 03:29:24     Ditech Financial LLC,
                 PO BOX 6154,   RAPID CITY, SD 57709-6154
14242146       +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 03:21:00     Care Credit/SYNCB,
                 PO Box 960061,   Orlando, FL 32896-0061
14242148       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 11 2020 03:29:28      Comenity - New York & Co,
                 PO Box 659728,   San Antonio, TX 78265-9728
14242151        E-mail/Text: cio.bncmail@irs.gov Feb 11 2020 03:29:22     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
14278236        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 11 2020 03:20:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14275346       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 11 2020 03:29:44     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14250337        E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 11 2020 03:30:26      NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,   MERRIFIELD, VA 22119-3000
14242153       +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 11 2020 03:30:26      Navy Federal Credit Union,
                 PO Box 3500,   Merrifield, VA 22119-3500
14302374        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 03:21:05
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14290350        E-mail/Text: bnc-quantum@quantum3group.com Feb 11 2020 03:29:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14242156       +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 03:20:59     Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
14242157       +E-mail/PDF: gecsedi@recoverycorp.com Feb 11 2020 03:21:03     Synchrony Bank/Levin,
                 PO Box 960061,   Orlando, FL 32896-0061
14316664        E-mail/Text: bankruptcy.bnc@ditech.com Feb 11 2020 03:29:24     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    P.O. Box 6154,   Rapid City, SD 57709-6154
14281284       +E-mail/Text: bncmail@w-legal.com Feb 11 2020 03:29:55     USAA SAVINGS BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              US Bank National Association, As Trustee et al
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14242144*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886)
14242150*      +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
14254246*      +Navy Federal Credit Union,    PO BOX 3000,   Merrifield, VA 22119-3000
                                                                                      TOTALS: 1, * 5, ## 0
```

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Feb 10, 2020
                               Form ID: 213            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:

```
          Brian C. Thompson    on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Michael B. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Patricia A. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com
          Brian C. Thompson    on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;mswenson@thompsonattorney.com
          Jerome B. Blank    on behalf of Creditor    US Bank National Association, As Trustee et al
           pawb@fedphe.com
          Joseph P. Schalk    on behalf of Creditor    US Bank National Association, As Trustee et al
           jschalk@barley.com,   sromig@barley.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```