# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Michael B. Sheppard,<br>Patricia A. Sheppard | Bankruptcy No. 16-22129-GLT |
| | Debtor. | |
| | | Chapter 13 |
| | Michael B. Sheppard,<br>Patricia A. Sheppard, | Document no.: |
| | Movant, | |
| | | Related Document no.: 113, 114 |
| | v. | **Hearing date:**<br>May 6, 2020 at 10:00 a.m. |
| | No Respondents | |

## CERTIFICATION OF NO OBJECTION REGARDING SECOND APPLICATION FOR COMPENSATION FOR BRIAN C. THOMPSON, DEBTOR'S ATTORNEY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Appliction filed on April 1, 2020 at Document No. 113 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 114 Objections were to be filed and served no later than April 18, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 113 be entered by the Court.

Date: <u>April 21, 2020</u>     /s/ Brian C. Thompson
                                                    Brian C. Thompson, Esquire
                                                    Attorney for Debtor(s)
                                                    PA ID No. 91197
                                                    THOMPSON LAW GROUP, P.C.
                                                    125 Warrendale Bayne Road, Suite 200
                                                    Warrendale, PA 15086
                                                    (724) 799-8404 Telephone
                                                    (724) 799-8409 Facsimile
                                                    bthompson@thompsonattorney.com