**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| **Michael B. Shepperd** | : | Case No. 16–22129–GLT |
| **Patricia A. Shepperd** | : | Chapter: 13 |
| *Debtor(s)* | : | |
|  | : | |
|  | : | |
|  | : | Related to Docket No. 109 |
|  | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 23rd of April, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22129-GLT
Michael B. Shepperd                                                   Chapter 13
Patricia A. Shepperd
        Debtors                        **CERTIFICATE OF NOTICE**

District/off: 0315-2          User: dbas           Page 1 of 2           Date Rcvd: Apr 23, 2020
                              Form ID: 309          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db/jdb         +Michael B. Shepperd,   Patricia A. Shepperd,    121 Leatherbark Road,
                Cranberry Twp, PA 16066-4759
cr             +Ditech Financial LLC,    PO BOX 6154,    RAPID CITY, SD 57709-6154
cr             +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14242141       +Allegheny Ophthalmic & Orbital Assoc,    420 E North Avenue,    Suite 116,
                Pittsburgh, PA 15212-4746
14242143        American Education Services,    Payment center,    Harrisburg, PA 17130-0001
14747310       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14242149       +Genesis Credit,    Bankcard Services,    PO Box 84049,    Columbus, GA 31908-4049
14242152       +Janet Shepperd,    121 Leatherbark Road,    Cranberry Twp, PA 16066-4759
14252381       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14281975       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND,OHIO 44101-4982
14242154       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14242155       +Sears Credit Cards,    PO Boc 9001055,    Louisville, KY 40290-1055
14316664        The Bank of New York Mellon,    c/o Ditech Financial LLC,    P.O. Box 6154,
                Rapid City, SD 57709-6154
15038741       +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglas Road,    Anaheim, CA 92806-5948
14242158       +The Surgery Center at Cranberry,    105 Brandt Drive #101,    Cranberry Twp, PA 16066-6414
14242159       +U.S. Attorneys Office,    Western District of PA,    4000 U.S. Post Office & Courthouse,
                700 Grant Street,    Pittsburgh, PA 15219-1906


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14242142       +EDI: WFFC.COM Apr 24 2020 07:18:00    America's Servicing Company,    PO Box 10388,
                Des Moines, IA 50306-0388
14242144        EDI: BANKAMER.COM Apr 24 2020 07:18:00     Bank of America,    PO Box 15019,
                Wilmington, DE 19886
14242140        EDI: BANKAMER.COM Apr 24 2020 07:18:00     AAA Financial Services,    PO Box 15019,
                Wilmington, DE 19886
14242145       +EDI: BANKAMER.COM Apr 24 2020 07:18:00     Bank of America Home Loans,    PO Box 31785,
                Tampa, FL 33631-3785
14242146       +EDI: RMSC.COM Apr 24 2020 07:18:00     Care Credit/SYNCB,    PO Box 960061,
                Orlando, FL 32896-0061
14242147       +EDI: CITICORP.COM Apr 24 2020 07:18:00     Citi Cards,    PO Box 9001037,
                Louisville, KY 40290-1037
14242148       +EDI: WFNNB.COM Apr 24 2020 07:18:00     Comenity - New York & Co,    PO Box 659728,
                San Antonio, TX 78265-9728
14642686       +EDI: ECMC.COM Apr 24 2020 07:18:00     ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14242151        EDI: IRS.COM Apr 24 2020 07:18:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
14278236        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 24 2020 03:25:51
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14275346       +EDI: MID8.COM Apr 24 2020 07:18:00     MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
14250337        EDI: NFCU.COM Apr 24 2020 07:18:00     NAVY FEDERAL CREDIT UNION,    PO BOX 3000,
                MERRIFIELD, VA 22119-3000
14242153       +EDI: NFCU.COM Apr 24 2020 07:18:00     Navy Federal Credit Union,    PO Box 3500,
                Merrifield, VA 22119-3500
14302374        EDI: PRA.COM Apr 24 2020 07:18:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14290350        EDI: Q3G.COM Apr 24 2020 07:18:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA  98083-0788
14242156       +EDI: RMSC.COM Apr 24 2020 07:18:00     Synchrony Bank,    PO Box 960061,
                Orlando, FL 32896-0061
14242157       +EDI: RMSC.COM Apr 24 2020 07:18:00     Synchrony Bank/Levin,    PO Box 960061,
                Orlando, FL 32896-0061
14297172        EDI: BANKAMER.COM Apr 24 2020 07:18:00     The Bank Of New York Mellon Et al.,
                Bank Of America,    PO Box 31785,    Tampa, FL 33631-3785
14270239        EDI: WFFC.COM Apr 24 2020 07:18:00     U.S. Bank National Association, as Trustee,
                c/o America's Servicing Company, as Serv,    Default Document Processing,    N9286-01Y,
                1000 Blue Gentian Road,    Eagan, MN 55121-7700
14242160       +EDI: USAA.COM Apr 24 2020 07:18:00     USAA Credit Cards,    10750 McDermott Fwy,
                San Antonio, TX 78288-1600
14281284       +E-mail/Text: bncmail@w-legal.com Apr 24 2020 03:24:14     USAA SAVINGS BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                            TOTAL: 21

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Apr 23, 2020
                              Form ID: 309            Total Noticed: 37


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
cr               US Bank National Association, As Trustee et al
cr*             +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
cr*              ECMC,   P.O. BOX 16408,   ST. PAUL, MN  55116-0408
14242150*       +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
14254246*       +Navy Federal Credit Union,   PO BOX 3000,   Merrifield, VA 22119-3000
                                                                       TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          Brian C. Thompson   on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson   on behalf of Plaintiff Michael B. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson   on behalf of Plaintiff Patricia A. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson   on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          James  Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series
           2007-BC3 bkgroup@kmllawgroup.com
          Jerome B. Blank   on behalf of Creditor   US Bank National Association, As Trustee et al
           pawb@fedphe.com
          Joseph P. Schalk   on behalf of Creditor   US Bank National Association, As Trustee et al
           jschalk@barley.com,  sromig@barley.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 9
```