FILED
4/22/20 4:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22129-GLT |
| Michael B. Shepperd, | ) | Chapter 13 |
| Patricia A. Shepperd, | ) | |
| Debtors. | ) | Document No. |
| ------------------------------------- | ) | Related to Document No. 113 |
| Thompson Law Group, P.C., | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | May 6, 2020 at 10:00 a.m. |
| vs. | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

**AND NOW**, the **SECOND APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTORS** is approved for the total amount of **$2,357.28** for services rendered on behalf of the Debtors for the period between October 30, 2018 through April 1, 2020, which represents $2,312.50 in attorney fees and $44.78 in costs.

A previous Application for Compensation in the amount of $10,291.91 was approved by Order of Court dated November 27, 2018.

DATED:  April 22, 2020

_____
Gregory R. Taddonio, Judge
United States Bankruptcy Court

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

The Clerk Shall Record the Total Award of Compensation in the amount of $12,649.19

## ENTERED BY DEFAULT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Michael B. Shepperd  
Patricia A. Shepperd  
       Debtors

Case No. 16-22129-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db/jdb        +Michael B. Shepperd,   Patricia A. Shepperd,   121 Leatherbark Road,  Cranberry Twp, PA 16066-4759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

       Brian C. Thompson    on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
       Brian C. Thompson    on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
       Brian C. Thompson    on behalf of Plaintiff Michael B. Shepperd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
       Brian C. Thompson    on behalf of Plaintiff Patricia A. Shepperd bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
       James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-BC3 bkgroup@kmllawgroup.com  
       Jerome B. Blank    on behalf of Creditor    US Bank National Association, As Trustee et al pawb@fedphe.com  
       Joseph P. Schalk    on behalf of Creditor    US Bank National Association, As Trustee et al jschalk@barley.com, sromig@barley.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                    TOTAL: 9