**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Michael B. Shepperd, and | : | Bankruptcy No. 16-22129-GLT |
| Patricia A. Shepperd | : | Chapter 13 |
| | : | |
| Debtors, | : | |
| _____ | : | |
| | : | |
| Thompson Law Group, P.C., | : | |
| | : | Related to Docket No. 122, 123 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | Hearing date: |
| No Respondent, | : | **June 17, 2020 at 10:00 a.m.** |
| | : | |
| Respondent. | : | |

**CERTIFICATION OF NO OBJECTION REGARDING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 11, 2020 at Document No. 122 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 123 Objections were to be filed and served no later than June 8, 2020.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 122 be entered by the Court.

Date: June 9, 2020                                      /s/ Brian C. Thompson
                                                        Brian C. Thompson, Esquire
                                                        Attorney for Debtor(s)
                                                        PA ID No. 91197
                                                        THOMPSON LAW GROUP, P.C.
                                                        125 Warrendale Bayne Road, Suite 200
                                                        Warrendale, PA 15086
                                                        (724) 799-8404 Telephone
                                                        (724) 799-8409 Facsimile
                                                        bthompson@thompsonattorney.com