Case 16-22129-GLT    Doc 128    Filed 06/12/20    Entered 06/13/20 00:34:44    Desc
Imaged Certificate of Notice    Page 1 of 2

FILED
6/10/20 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Michael B. Shepperd, and | : | Bankruptcy No. 16-22129-GLT |
| Patricia A. Shepperd | : | Chapter 13 |
| | : | |
| Debtors, | : | |
| _____ | : | |
| | : | |
| Thompson Law Group, P.C., | : | |
| | : | Related to Docket No. 117, 118 & 122 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee, | : | |
| | : | |
| Respondent. | : | |

### ORDER OF COURT

AND NOW, this 10th Day of June, 2020, upon consideration of the foregoing Motion, it is hereby ORDERED, ADJUDGED and DECREED that the $4,740.54 currently held by the Chapter 13 Trustee is to be distributed as follows:

1. $2,357.00 to Thompson Law Group for payment on the outstanding balance of the fee application approved by order of court at docket number 117.

2. The remaining balance of funds on hand to be returned directly to the Debtors.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-22129-GLT
Michael B. Shepperd                                                             Chapter 13
Patricia A. Shepperd
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam            Page 1 of 1            Date Rcvd: Jun 10, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db/jdb        +Michael B. Shepperd,   Patricia A. Shepperd,   121 Leatherbark Road,
               Cranberry Twp, PA 16066-4759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              Brian C. Thompson    on behalf of Joint Debtor Patricia A. Shepperd bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Michael B. Shepperd bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Michael B. Shepperd bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              Brian C. Thompson    on behalf of Plaintiff Patricia A. Shepperd bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series
               2007-BC3 bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    US Bank National Association, As Trustee et al
               pawb@fedphe.com
              Joseph P. Schalk    on behalf of Creditor    US Bank National Association, As Trustee et al
               jschalk@barley.com, sromig@barley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9