**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL B. SHEPPERD
PATRICIA A. SHEPPERD
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:16-22129 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/08/2016 and confirmed on 07/21/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 113,574.00 |
| Less Refunds to Debtor | 2,383.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 111,190.46 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 11,460.23 | |
|   Trustee Fee | 4,817.02 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,277.25 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 5279 | 22,337.38 | 22,337.38 | 0.00 | 22,337.38 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 5279 | 22,342.71 | 22,342.71 | 0.00 | 22,342.71 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 5279 | 0.00 | 29,359.48 | 0.00 | 29,359.48 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 5279 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9213 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 7851 | 6,485.89 | 6,485.89 | 257.28 | 6,743.17 |
| PNC BANK NA<br>Acct: 8385 | 15,597.44 | 12,917.68 | 902.79 | 13,820.47 |
| | | | | 94,603.21 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL B. SHEPPERD<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MICHAEL B. SHEPPERD<br>Acct: | 2,383.54 | 2,383.54 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-18 | 6,291.91 | 5,603.23 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-20 | 2,357.00 | 2,357.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9213 | 12,970.35 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9213 | 4,609.24 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9213 | 835.16 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| US BANK NA - TRUSTEE<br>Acct: 7018 | 50,091.86 | 0.00 | 0.00 | 0.00 |
| AAA FINANCIAL SERVICES<br>Acct: 3786 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY OPTHALMIC & ORBITAL<br>Acct: 8015 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 1283 | 35,868.60 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 7944 | 2,963.85 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 1606 | 541.51 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 9334 | 5,118.01 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 8788 | 925.39 | 0.00 | 0.00 | 0.00 |
| GENESIS++<br>Acct: 9415 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9213 | 185.17 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 9213 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 7482 | 5,112.99 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 4609 | 8,643.20 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 0034 | 13,299.14 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 8256 | 9,383.47 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 8111 | 5,895.10 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 7782 | 6,570.60 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9779 | 1,723.71 | 0.00 | 0.00 | 0.00 |
| THE SURGERY CENTER AT CRANBERRY<br>Acct: 008 | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   USAA SAVINGS BANK | 4,278.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 7930 | | | | |
|   INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JANET SHEPPERD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEROME BLANK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9213 | | | | |
|   OFFICE OF US ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                        94,913.21

TOTAL CLAIMED
PRIORITY           18,724.75
SECURED            66,763.42
UNSECURED         150.600.92


Date: 08/12/2020                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com